Elizabeth B. Kerr and others *vs.* Sylvester Kipp and others.

## May 16, 1887.

Tax Sale—Combination Among Bidders.—No combination to prevent competition at a tax sale is to be implied from the mere fact of a joint purchase by two persons of tracts of land struck off at such sale.

Plaintiffs brought this action in the district court for Sherburne county to determine adverse claims to real estate. The defendants Sylvester Kipp and Orrin Kipp answered, alleging title in themselves acquired under the tax sale made under Laws 1881, *c.* 135. The reply alleges that these defendants bought the land jointly for speculation, and unlawfully combined to share equally in the profits. The action was tried by *Collins,* J., who directed judgment for defendants Kipp, who appeal from an order by the same judge granting a new trial.

*S. & O. Kipp, pro se.*

*Berryhill & Davison,* for respondents.

BERRY, J.   The tax sale under which defendants claim took place in proceedings under Laws 1881, *c.* 135, the only objection to which is that the purchase, with others at the same sale, was made by defendants jointly.   What, under our tax laws, and with reference to the limitation statutes therein contained, would be the effect of a combination to prevent competition among bidders at a sale, we need not now inquire.   No such combination is to be implied from the mere fact of joint purchases.   *National Bank* v. *Sprague*, 20 N. J. Eq. 159, 168.   The objection made to the tax sale failing, nothing appears in the case to prevent the operation of the nine-months' limitation prescribed by the act under which the sale was made.

Order reversed.